Lisa Weissman-Ward (CA Bar No. 298362)
Shanti Tharayil (CA Bar No. 330123)
IMMIGRANTS' RIGHTS CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-7396
Facsimile: (650) 723-4426
*lweissmanward@law.stanford.edu*
*tharayil@law.stanford.edu*

Attorneys for Plaintiff, Centro Legal de la Raza

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(San Francisco Division)**

| | |
|---|---|
| CENTRO LEGAL DE LA RAZA,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | Case No.  3:20-cv-05839<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

At the time of service, I was over the age of eighteen years and not a party to this action. I am employed in the County of Santa Clara, State of California. My business address is: 559 Nathan Abbott Way, Stanford, CA 94305-8610.

On August 21, 2020, I served true and correct copies of the following documents:

**Complaint for Declaratory and Injunctive Relief Under the Freedom of Information Act and Exhibits in Support of Complaint;**

**Civil Cover Sheet with Attachment;**

**Plaintiff's Certification of Interested Entities or Persons;**

**Summons with Attachment;**

**Clerk's Notice Assigning Magistrate Judge;**

**Plaintiff's Consent to Magistrate Judge Jurisdiction;**

**Judge's Standing Orders;**

**Order Setting Initial Case Management Conference and ADR Deadlines; and**

**ECF Registration Information Handout**

**Notice of Assignment to U.S. Magistrate Judge for Trial with Magistrate Judge Consent/Declination Form;**

**Brochure, "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California";**

on all parties to this action by certified mail, return receipt request, with postage fully prepaid, by the United States Postal Service, addressed as follows:

| | |
|---|---|
| Federal Bureau of Prisons<br>320 First Street, NW<br>Washington, DC 20534-0002 | William Barr, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| U.S. Attorney's Office<br>Civil Processing Clerk<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 21, 2020, at Stanford, California.

_____
Joanne Newman